MORRIS AND ESSEX RAILROAD COMPANY et al., respondents,

*v.*

MAYOR AND ALDERMEN OF JERSEY CITY, appellants.

[Submitted July 6th, 1903.   Decided June 20th, 1904.]

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *Morris and Essex Railroad Co.* v. *Jersey City, 63 N. J. Eq. (18 Dick.) 45.*

Submitted for appellants by *Mr. George L. Record,* corporation counsel of Jersey City; *Mr. Robert Carey,* corporation attorney of Jersey City, on the brief in chancery of *Mr. Allan L. McDermott.*

*Messrs. Bedle, Edwards & Thompson,* for the respondents.

Decree affirmed by the following vote:

*For affirmance*—THE CHIEF-JUSTICE, FORT, HENDRICKSON, PITNEY, VROOM, GREEN, GRAY—7.

*For reversal*—DIXON, GARRISON, VREDENBURGH—3.

NOTE.—Decision omitted from its proper place.—REP.